UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 89 Cr. 346 (LAP) |
| -against- | ORDER |
| GEORGE RIVERA, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Rivera's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) (dkt. no. 932). The Government shall file any response no later than July 19, 2021. Mr. Rivera may file any reply no later than August 2, 2021.

SO ORDERED.

Dated: New York, New York
June 21, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge